# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Chad Michael Janssen<br><br>Debtor(s) | Case No.:19−33164−acs<br><br>Chapter: 13<br>Judge: Alan C. Stout |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion for Relief from Stay regarding 2013 DODGE DURANGO − VIN 1C4RDHAG7DC689352. Filed by Creditor Bridgecrest Acceptance Corporation, an affiliated company of Bridgecrest Credit Company, LLC 17. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. THE AUTOMATIC STAY SHALL REMAIN IN FULL FORCE AND EFFECT PENDING SAID HEARING. Hearing scheduled for 6/9/2020 at 11:00 AM (Eastern Time) by TELEPHONE. Parties to call in at 1−888−684−8852 and use the Access Code 2390218#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. cc: matrix. (Graham, S)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 4/29/20

By: slg
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court